IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Omega Honeywood, | ) | |
| | ) | C.A. No.: 7:23-cv-05749-DCC-MGB |
| Plaintiff, | ) | |
| | ) | **NOTICE OF REMOVAL** |
| v. | ) | |
| | ) | |
| Spartanburg Community College, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO: OMEGA HONEYWOOD, AND CHANCE TAYLOR STURUP AND JAMES PAUL PORTER, HER ATTORNEYS:

Defendant Spartanburg Community College removes the above-captioned case from the Court of Common Pleas for the State of South Carolina, Spartanburg County to the United States District Court for the District of South Carolina, Spartanburg Division. This removal is based upon the following grounds:

1. On September 27, 2023, Plaintiff commenced a civil action that is currently pending in the Spartanburg County Court of Common Pleas captioned: "Omega Honeywood v. Spartanburg Community College, Civil Action Number 2023-CP-42-03637." A copy of the Summons and Complaint filed in that state court action are attached hereto as **Exhibit A**. No further proceedings have occurred in that Action.

2. In the Complaint, Plaintiff purports to allege causes of action for sexual harassment, gender discrimination and retaliation under Title VII of the Civil Rights Act of 1964. As such, this Court has original jurisdiction over this Action pursuant to 28 U.S.C. § 1331, and this Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

3. Defendant was served with a copy of the Summons and Complaint on October 11, 2023. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446.

4. The United States District Court for the District of South Carolina, Spartanburg Division is the federal judicial district relating to the Spartanburg County Court of Common Pleas, where this Action was originally filed and where the substantial part of the events giving rise to this Action are alleged to have occurred. Thus, venue is proper in this District and Division pursuant to 28 U.S.C. § 1441(a).

5. Defendant will contemporaneously comply with Rule 83.IV.01 of the Local Civil Rules of the United States District Court for the District of South Carolina.

6. Defendant will also comply with Local Civil Rule 26.01 by filing its Answers to Local Civil Rules 26.01 Interrogatories contemporaneously with this Notice of Removal.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will file Notice of Filing of this Notice of Removal with the Clerk of Court for the Spartanburg County Court of Common Pleas and will serve Plaintiff with a copy of this Notice of Removal.

8. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331. As such, Defendant is entitled to remove this Action to this Court pursuant 28 U.S.C. § 1441 (a) and (c).

9. By filing this Notice of Removal, Defendant does not waive any defense to any of Plaintiff's claims.

WHEREFORE, Defendant Spartanburg Community College hereby removes this Action from the Court of Common Pleas for the State of South Carolina, Spartanburg County to the United States District Court for the District of South Carolina, Spartanburg Division.

            <u>s/Stephanie H. Burton</u>
            Stephanie H. Burton (#5009)
            GIBBES BURTON, LLC
            308 East Saint John Street
            Spartanburg, SC 29302
            sburton@gibbesburton.com
            Telephone: (864) 327-5000
            Facsimile: (864) 342-6884

            *Attorneys for Defendant Spartanburg Community College*

November 10, 2023