IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Omega Honeywood,

Plaintiff,

vs.

Spartanburg Community College,

Defendant.

C/A. No.: 7:23-cv-05749-DCC-MGB

**PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES**

COMES NOW Plaintiff, by and through his undersigned counsel, and pursuant to Local Rule 26.01, and files this Response to Rule 26.01 Interrogatories.

**Interrogatory (A):** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**Response:** None

**Interrogatory (B):** As to each claim, state whether it should be tried jury or nonjury and why.

**Response:** Plaintiff demands a jury trial as is her right under Title VII of the Civil Rights Act of 1964 and as consented to by Defendant in its Answer to Plaintiff's Amended Complaint.

**Interrogatory (C):** State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more outstanding shares.

**Response:** Plaintiff is an individual not a company.

**Interrogatory (D):** State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Response:** The events giving rise to this action occurred in Spartanburg County, South Carolina. Defendant has conceded that venue is proper in this division in its Answer to Plaintiff's Amended Complaint.

**Interrogatory (E):** Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?

**Response:** No.

<strong>CROMER BABB PORTER & HICKS, LLC</strong>

BY:     *s/ Chance Sturup*_____
        Chance Sturup (#105647)
        J. Paul Porter (#100723)
        1418 Laurel Street, Suite A (29201)
        Post Office Box 11675
        Columbia, South Carolina 29211
        Phone: 803-799-9530
        Fax:    803-799-9533
        Chance@cbphlaw.com
        Paul@cbphlaw.com

        ***Attorneys for Plaintiff***

December 4, 2023