IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Omega Honeywood,<br><br>    Plaintiff,<br><br>vs.<br><br>Spartanburg Community College,<br><br>    Defendant. | C/A. No.: 7:23-cv-05749-DCC-MGB<br><br>**JOINT 26(F) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

__X__ We agree that the schedule set forth in the Conference and Scheduling Order filed **December 4, 2023**, is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____ We agree that the schedule set forth in the Conference and Scheduling Order filed **December 4, 2023**, requires modification as set forth in the proposed Consent Amended Conference and Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

1

2

| Plaintiff: | Defendant: |
|---|---|
| OMEGA HONEYWOOD | SPARTANBURG COMMUNITY COLLEGE |

| **CROMER BABB PORTER & HICKS, LLC** | **GIBBES BURTON, LLC** |
|---|---|
| BY: _s/Chance Sturup_____<br>Chance Sturup (#13815)<br>1418 Laurel Street, Suite A<br>Post Office Box 11657<br>Columbia, South Carolina 29211<br>Tel:  803-799-9530<br>Fax:  803-799-9533<br>chance@cbphlaw.com<br>*Attorney for Plaintiff* | BY: _s/Stephanie H. Burton____<br>Stephanie H. Burton (#5009)<br>308 East Saint John Street<br>Spartanburg, South Carolina 29302<br>sburton@gibbesburton.com<br>Telephone: (864) 327-5000<br>Facsimile:  (864) 342-6884<br><br>*Attorneys for Defendant Spartanburg Community College* |

Columbia, South Carolina
December 8, 2023